THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES T. BARNEY, Appellant, *v.* JOHN S. WHALEN, as Secretary of State, Respondent.

*People ex rel. Barney* v. *Whalen,* 119 App. Div. 749, affirmed.
(Argued October 7, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to file a certificate of incorporation.

*Julien T. Davies, Joseph S. Auerbach* and *Charles H. Tuttle* for appellant.

*William S. Jackson, Attorney-General (Frank White* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.